## UNITED STATES PRETRIAL SERVICES AGENCY
### Eastern District of New York

## MEMORANDUM

**DATE:** February 12, 2020

**TO:** Honorable Edward R. Korman
U.S. District Judge

**RE:** RODRIGUEZ, Angel
Docket No.: 1:20CR00065-2
**Request for Modification of the Release Conditions**

The above-referenced defendant was arrested by Federal Bureau of Investigation agents on January 14, 2020, pursuant to a Complaint charging Conspiracy to Distribute Controlled Substances and Conspiracy to Violate the Travel Act, in violation of Title 21 U.S.C. § 846, Title 21 U.S.C. § 841(b)(1)(D), and Title 18 U.S.C. § 371. At the Initial Appearance and Arraignment before the Honorable Ramon E. Reyes Jr. on January 14, 2020, the defendant was released on a $50,000 personal recognizance bond with the following conditions of release: report as directed to Pretrial Services, travel restricted to New York City and Long Island, surrender passport and do not reapply for travel documents, random home and employment visits, no contact with codefendants unless in the presence of counsel, and avoid all contact with and do not enter Riker's Island.

At this time, we're writing to advise Your Honor on January 15, 2020, Mr. Rodriguez voluntarily disclosed that he had used marijuana on January 1, 2020. The defendant stated he had not informed this officer during the initial interview of his substance abuse history, but wanted to be honest from this point moving forward. On February 12, 2020, the defendant voluntarily provided a specimen which tested negative.

In order to monitor the defendant's drug use, we respectfully request that the release conditions be modified to include random drug testing and treatment as deemed necessary by Pretrial Services. If there are any additional issues, we will immediately notify the Court. Assistant United States Attorney Nathan Reilly and Defense Counsel Joseph Conway have been notified of the above. Moreover, we've attached a proposed order for Your Honor's convenience. Should Your Honor have any questions or concerns, please contact Officer Marnie Gerardino at 631-712-6407.

Prepared by: *Marnie Gerardino*
Marnie Gerardino
U.S. Pretrial Services Officer

Approved by: *Joseph Elie*
Joseph Elie
Supervising U.S. Pretrial Services Officer

Attachment

RE: RODRIGUEZ, Angel
Docket No.: 1:20CR00065-2

IT IS THE ORDER OF THE COURT THAT:

[x] The defendant's conditions of release be modified to include random drug testing and treatment as deemed necessary by Pretrial Services.

[ ] No action with regard to the defendant's condition of release is to take place at this time.

[ ] Other: _____
_____
_____

SO ORDERED,

S/Edward R. Korman        2/24/20

Honorable Edward R. Korman
U.S. District Judge

Date

cc: Nathan Reilly, U.S. Attorney's Office
Joseph Conway, Defense Counsel